UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings. | No. 2:17-cv-1453<br><br>EX PARTE MOTION FOR SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 25, 2017 |

### *EX PARTE* REQUEST FOR SCHEDULING ORDER (LR 7(d)(l))

Petitioner Lufthansa Technik AG ("Lufthansa") has filed an Application for Discovery in Aid of Foreign Litigation Pursuant to 28 U.S.C. § 1782, related to a patent dispute pending in Germany (the "German Action"). Typically, a petition under Section 1782 is brought *ex parte*. *See, e.g., In re Imanagement Servs. Ltd.*, No. Misc. 05-89(FB), 2005 WL 1959702, at *1 (E.D.N.Y. Aug. 16, 2005); *In re Hill*, No. M19-117 (RJH), 2005 WL 1330769, at *1 (S.D.N.Y. June 3, 2005); *In re Braga*, 272 F.R.D. 621, 625 (S.D. Fla. 2011) ("[M]ost § 1782 applications (at least in this district) are filed and decided *ex parte*."). If the petitioner shows that the three statutory factors are met, the district court will typically authorize service of the subpoena. Then, if the Respondent objects to the subpoena, it will bring a motion to quash or motion for a

EX PARTE MOTION FOR SCHEDULING ORDER
(No. 2:17-cv-1453) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

protective order, and the district court can then evaluate whether to quash the subpoena or issue a protective order.

Rather than ask this Court to issue an *ex parte* order authorizing service of the subpoena, Lufthansa asks instead that this Court issue an *ex parte* order setting a briefing schedule. Through this procedure, this Court will have the benefit of both parties' arguments before it exercises its discretion and rules on Lufthansa's request for discovery assistance. Lufthansa further proposes that the scheduling order incorporate the obligation to meet and confer in advance of completing the briefing so as to focus the issues in dispute. Lufthansa believes that this approach will conserve judicial resources while at the same time moving the case forward in a timely manner.

Accordingly, Lufthansa requests the following schedule, which complies with Local Rule 7(d)(3) in regard to non-dispositive motions:

| | |
|---|---|
| Service of Application, Scheduling Order, and all supporting materials: | No later than **September 28, 2017** |
| Panasonic's Opposition to Lufthansa's Petition: | **October 16, 2017** |
| Lufthansa's Reply in Support of its Petition: | **October 20, 2017** |

Lufthansa also requests that the Court schedule Oral Argument at the Court's earliest convenience.[1]

WHEREFORE, Petitioner Lufthansa prays for entry of an order in the form annexed hereto as Exhibit 1, setting a briefing schedule for the prompt briefing and resolution of Lufthansa's request for discovery assistance.

---

[1] Counsel for Lufthansa will be traveling out of the country during the week of October 23-27, 2017, and requests that Oral Argument not be scheduled during that week.

EX PARTE MOTION FOR SCHEDULING ORDER
(No. 2:17-cv-1453) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1 | DATED this 25th day of September, 2017.

BYRNES KELLER CROMWELL LLP

By <u>/s/ Bradley S. Keller</u>
   Bradley S. Keller, WSBA #10665
By <u>/s/ Keith D. Petrak</u>
   Keith D. Petrak, WSBA #19159
   1000 Second Avenue, 38th Floor
   Seattle, Washington 98104
   206-622-2000
   206-622-2522
   bkeller@byrneskeller.com
   kpetrak@byrneskeller.com

Lawrence D. Rosenberg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Phone:  (202) 879-3939
Fax:  (202) 626-1700
(pro hac vice application to be filed)

Susan M. Gerber
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH  44141
Phone:  (216) 586-3939
Fax:  (216) 579-0212
(pro hac vice application to be filed)

*Attorneys for Petitioner*
*Lufthansa Technik AG*

EX PARTE MOTION FOR SCHEDULING ORDER
(No. 2:17-cv-1453) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2017, a copy of the foregoing *EX PARTE* REQUEST FOR SCHEDULING ORDER (LR 7(d)(l)) was filed with the Court and will be served within one business day upon Panasonic by delivering a copy of the foregoing by hand delivery on its registered agent as follows:

    C T CORPORATION SYSTEM
    711 Capitol Way South, Suite 204
    Olympia, WA  98501-1267

    /s/ Keith D. Petrak
    Keith D. Petrak

    *Attorney for Petitioner*
    *Lufthansa Technik AG*

EX PARTE MOTION FOR SCHEDULING ORDER
(No. 2:17-cv-1453) - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings. | No. 2:17-cv-1453<br><br>[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR SCHEDULING ORDER |

Upon reading the *Ex Parte* Motion for Scheduling Order and the accompanying Application for Discovery in Aid of Foreign Litigation Pursuant to 28 U.S.C. § 1782, the declarations in support thereof, and the exhibits attached thereto, it is therefore ORDERED that:

1. Applicant Lufthansa Technik ("Lufthansa") shall serve this Order, the supporting Motion, the Application and all supporting declarations upon Respondent Panasonic Avionics Corporation ("Panasonic") on or before **September 28, 2017**.

2. Respondent Panasonic shall file any opposition to the Application for Discovery in Aid of Foreign Litigation Pursuant to 28 U.S.C. § 1782 filed by Lufthansa no later than **October 16, 2017**;

3. Lufthansa shall file its reply in support of its Application no later than **October 20, 2017**; and

[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR SCHEDULING ORDER (No. 2:17-cv-1453) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

4. Lufthansa and Panasonic shall meet and confer during the briefing process to identify and focus the issues to be resolved by the Court to the extent they cannot be resolved by agreement, and shall certify compliance in this regard in conjunction with filing opposition and/or reply briefs as provided above.

This matter shall be set for oral argument on _____, 2017 at _____.

So ordered this ___ day of _____, 2017

_____
United States District Court Judge

[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR SCHEDULING ORDER (No. 2:17-cv-1453) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000