THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUFTHANSA TECHNIK,<br><br>           Petitioner,<br><br>    v.<br><br>PANASONIC AVIONICS CORPORATION,<br><br>           Respondent. | CASE NO. C17-1453-JCC<br><br>ORDER |

This matter comes before the Court on Petitioner's statement regarding its ex parte motion for a scheduling order (Dkt. No. 23) and Respondent's response (Dkt. No. 24). Since Petitioner filed its ex parte motion, Astronics Advanced Electronic Systems Corporation has filed a motion to intervene (Dkt. No. 11). The Court will rule on the motion to intervene before the motion for a scheduling order. The Court thus DIRECTS the Clerk of Court to re note Petitioner's motion for a scheduling order (Dkt. No. 2) for November 6, 2017.

Because the Court has not ruled on Petitioner's motion for a scheduling order, it will not treat Respondent's failure to file a response to Petitioner's application for discovery in aid of foreign litigation as waiving any objections to the application.

//

//

1       DATED this 2nd day of November 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER C17-1453-JCC
PAGE - 2