THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNICK AG, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent PANASONIC AVIONICS CORPORATION for Use in Foreign Proceedings, with ASTRONICS ADVANCED ELECTRONIC SYSTEMS as Intervenor. | CASE NO. C17-1453-JCC<br><br>ORDER |

This matter comes before the Court on Petitioner's motion to seal (Dkt. No. 71) excerpts of deposition testimony (Dkt. No. 72).

"[T]here is a strong presumption of public access to [the Court's] files." W.D. Wash. Local Civ. R. 5(g)(3). The presumption of public access may be overcome if the Court finds a compelling reason to seal and articulates a factual basis for its decision. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

The Court previously entered the parties' stipulated protective order. (Dkt. No. 59.) Respondent Panasonic Avionics Corporation designated the deposition testimony at issue as "Attorneys' Eyes Only" pursuant to the protective order. (Dkt. Nos. 71.) Having reviewed the deposition testimony at issue, the Court agrees that it contains sensitive information that falls within the scope of the protective order entered by the Court. (Dkt. Nos. 59, 72.) Thus, a compelling reason to seal exists that overcomes the presumption of public access to the

ORDER
C17-1453-JCC
PAGE - 1

deposition testimony at issue.

For the foregoing reasons, Petitioner's motion to seal (Dkt. No. 71) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 72 under seal.

DATED this 22nd day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE