THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings | CASE NO. C17-1453-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In January 2019, the Court granted Petitioner's petitions to compel discovery from Respondent and Intervenor for use in foreign patent enforcement actions. (*See* Dkt. Nos. 79, 80.) The parties have not since engaged in substantive motions practice. The Court last received an update on the status of this matter in October 2020, indicating that the parties may need to seek relief from this Court and/or move to amend the protective order made by this Court. (Dkt. No. 96).

The parties are hereby ORDERED to submit a joint status report apprising the Court regarding the status of the foreign patent enforcement actions and the necessity of maintaining the present case on the Court's docket. The joint status report shall be filed no later than 30 days from the date this minute order is issued.

MINUTE ORDER
C17-1453-JCC
PAGE - 1

DATED this 5th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk