THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings | CASE NO. C17-1453-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Benjamin M. Daniels' motion to withdraw as counsel for intervenor, Astronics Advanced Electronics Systems Corp. (Dkt. No. 101). The motion is DENIED. Based on the circumstances described in Mr. Daniel's motion, he must file a Notice of Withdrawal consistent with Local Rule 83.2(b)(3).

DATED this 22nd day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
