UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings | CASE NO. C17-1453-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Lufthansa Technik AG has filed an application for additional discovery from Respondent Panasonic Aviation Corporation (Dkt. No. 120) and a motion to compel Intervenor Astronics Advanced Electronic Systems to produce information (Dkt. No. 131). In the interest of judicial efficiency, the Court will consider the motions concurrently. The Clerk is, therefore, DIRECTED to renote Docket Number 120 to June 18, 2021. The briefing schedule for both filings is unchanged.

DATED this 8th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
