UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNICK AG, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent PANASONIC AVIONICS CORPORATION, for Use in Foreign Proceedings, with ASTRONICS ADVANCED ELECTRONIC SYSTEMS as Intervenor. | CASE NO. C17-1453-JCC<br><br>ORDER |

The Court recently issued an order to show cause (Dkt. No. 114) why Lufthansa's section 1782 petitions seeking discovery from Respondent Panasonic Avionics Corporation ("Panasonic") (Dkt. No. 1) and Intervenor Astronics Advanced Electronic Systems ("AES") (Dkt. No. 57), filed in September 2017 and November 2018, respectively, should not be terminated. In its response, Lufthansa agreed that the petition seeking discovery from Panasonic (Dkt. No. 1) should be terminated, except for the limited purpose of enforcing the Court's Second Amended Protective Order. (*See* Dkt. No. 115 at 2.) Panasonic did not object to that portion of Lufthansa's response.

Accordingly, the Court CLOSES Lufthansa's September 2017 Application for Discovery in Aid of Foreign Litigation (Dkt. No. 1), except for the limited purpose of enforcing the Court's Second Amended Protective Order (Dkt. No. 85, as revised by Dkt. No. 117). No additional subpoenas may be issued on the September 2017 petition and the Court will not entertain further

discovery motions based on the petition.

The Court will address Lufthansa's response to the Court's order to show cause regarding the status of its November 2018 petition, including its recently filed motion to compel production from AES, by separate order.

DATED this 21st day of June 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE