THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings | CASE NO. C17-1453-JCC<br><br>ORDER |

This matter comes before the Court on Petitioner's motion to seal (Dkt. No. 158) certain exhibits to the Declaration of Lawrence D. Rosenberg (Dkt. No. 159).

"[T]here is a strong presumption of public access to [the Court's] files." W.D. Wash. Local Civ. R. 5(g)(3). The presumption of public access may be overcome if the Court finds a compelling reason to seal and articulates a factual basis for its decision. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

The Court previously entered the parties' stipulated protective orders. (Dkt. Nos. 41, 59, 85, 117.) Intervenor Astronics Advanced Electronic Systems Corp. ("AES") designated the information included in the sealed exhibits as "Attorneys' Eyes Only" pursuant to those protective orders. (Dkt. No. 158-1.) Having reviewed the exhibits, the Court agrees they contain sensitive information that falls within the scope of the protective orders entered by the Court. Thus, a compelling reason to seal exists that overcomes the presumption of public access to the

information at issue.

      For the foregoing reasons, Petitioner's motion to seal (Dkt. No. 158) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 159 under seal.

      DATED this 16th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE