THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings | CASE NO. C17-1453-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Lufthansa Technik AG ("Lufthansa") and Astronics Advanced Electronic Systems Corp.'s ("AES") joint status report. (Dkt. No. 176.) Because the parties are unable to effectively collaborate on the submission of a comprehensive joint report, necessitating AES's unilateral supplementation, (*see id.* at 4), Lufthansa may file its own supplement. That supplement shall be limited to half the pages contained in AES's and must be filed no later than two business days after AES's.

DATED this 7th day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C17-1453-JCC
PAGE - 1