THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings | CASE NO. C17-1453-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Lufthansa Technik AG ("Lufthansa") and Astronics Advanced Electronic Systems Corp.'s ("AES") submissions (Dkt. Nos. 176, 178, 179) responding to the Court's call for a joint status report (Dkt. No. 175). The submissions suggest that substantial disputes remain regarding AES's compliance with Lufthansa's subpoena for discovery in support of foreign proceedings. Therefore, the Court FINDS that closing out the case now would be premature.

The Court cautions the parties, however, that its patience is not unlimited—especially when it pertains to discovery disputes that the parties should resolve themselves. The Court's docket is for resolving disputes on their merits. It is not to serve as a babysitter or an "or else" Damoclesian prospect for post-dispute cooperation that might later deteriorate.

MINUTE ORDER
C17-1453-JCC
PAGE - 1

The parties are ORDERED to provide the Court with another joint status report regarding the status of this matter no later than August 15, 2022.

DATED this 15th day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
