The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK, Petitioner, for an Order Pursuant to 28 U.S.C. §1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings with Astronics Advanced Electronic Systems as Intervenor. | No. C17-01453-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING ASTRONICS ADVANCED ELECTRONIC SYSTEMS CORP.'S UNOPPOSED MOTION TO SEAL OPPOSITION TO LHT'S MOTION TO ENFORCE ORDER COMPELLING PRODUCTION, EXHIBIT K TO THE DECLARATION OF ROBERT S. HOFF |

This matter comes before the Court on the unopposed motion (**Dkt. No. 271**) of Astronics Advanced Electronics Systems Corp. ("AES") to seal ("Motion"). The Court, having considered the Motion and all other papers submitted, and for compelling reasons shown, **GRANTS** the Motion and **ORDERS** Exhibit K to the to the Declaration of Robert S. Hoff in Opposition to Lufthansa Technik AG's Motion to Enforce and portions of the Opposition discussing Exhibit K be permanently sealed.

**SO ORDERED** this 12th day of July 2024.

*/s/ John C Coughenour*

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING AES'S
UNOPPOSED MOTION TO SEAL (C17-01453-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Ave., Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

1  Presented by:

2  By *s/ John A. Goldmark*
3      John A. Goldmark, WSBA #40980
       DAVIS WRIGHT TREMAINE LLP
4      920 Fifth Ave., Suite 3300
       Seattle, WA  98104
5      Tel:  206.757.8068; Fax:  206.757.7068
       Email:  johngoldmark@dwt.com
6

7      James H. Bicks, *pro hac vice*
       Robert S. Hoff, *pro hac vice*
8      WIGGIN AND DANA LLP
       Two Stamford Plaza, Tresser Boulevard
9      Stamford, CT 06901
       Tel:  203.363.7622
10     Email:  jbicks@wiggin.com
       Email:  rhoff@wiggin.com
11

12     David Norman-Schiff, *pro hac vice*
       WIGGIN AND DANA LLP
13     265 Church Street
       New Haven, CT 06510
14     Tel:  203.498.4360
       Email:  dnorman-schiff@wiggin.com
15

16  *Attorneys for Astronics Advanced
    Electronic Systems Corp.*

17

18

19

20

21

22

23

24

25

26

27

[~~PROPOSED~~] ORDER GRANTING AES'S
UNOPPOSED MOTION TO SEAL (C17-01453-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Ave., Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax