THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings | CASE NO. C17-1453-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Intervenor's surreply (Dkt. No. 286) to Petitioner's motion to enforce and for sanctions (Dkt. No. 265). In accordance with LCR 7(g)(4), Petitioner may file a response to the surreply not to exceed 1,050 words. That response is due no later than August 2, 2024. The Clerk is DIRECTED to renote the motion to enforce and for sanctions (Dkt. No. 265) to this same date—August 2, 2024.

DATED this 29th day of July 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk

MINUTE ORDER
C17-1453-JCC
PAGE - 1