The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings. | No. 2:17-cv-1453-JCC<br><br>**[PROPOSED] ORDER GRANTING LUFTHANSA'S UNOPPOSED MOTION TO SEAL THE SUPPLEMENTAL DECLARATION OF GERD JAEKEL REGARDING LUFTHANSA'S RESPONSE TO AES'S SURREPLY**<br><br>NOTE ON MOTION CALENDAR: August 2, 2024 |

This matter comes before the Court on Lufthansa's Motion to Seal (**Dkt. No. 289**). Having considered the parties' briefing, the Court hereby grants the Motion. The Supplemental Declaration of Gerd Jaekel regarding Lufthansa's Response to AES's Surreply shall remain under seal.

[PROPOSED] ORDER GRANTING LUFTHANSA'S UNOPPOSED MOTION TO SEAL
(No. 2:17-cv-1453-JCC)
**Error! Unknown document property name.**

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Dated this 2nd day of August 2024.

*[signature: John C. Coughenour]*

_____
The Honorable John C. Coughenour
United States District Judge

Presented by:

BYRNES KELLER CROMWELL LLP

By: ____/s/Keith D. Petrak_____
Bradley S. Keller, WSBA #10665
Keith D. Petrak, WSBA #19159
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
206-622-2522
bkeller@byrneskeller.com
kpetrak@byrneskeller.com

___/s/ Lawrence D. Rosenberg_____
Lawrence D. Rosenberg (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: (202) 879-3939
Fax: (202) 626-1700

***Counsel for Petitioner***
***Lufthansa Technik AG***

[PROPOSED] ORDER GRANTING LUFTHANSA'S
UNOPPOSED MOTION TO SEAL
(No. 2:17-cv-1453-JCC)
**Error! Unknown document property name.**

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000