THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings | CASE NO. C17-1453-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Having reviewed the briefing on Lufthansa Technik AG's motion to compel and for sanctions (Dkt. No. 265), the Court concludes *in camera* review of a sample of the documents associated with Astronics Advanced Electronic Systems' ("AES") December 1, 2024, privilege log (Dkt. No. 273-1) is necessary to determine compliance with the rules associated with privileged documents and work product.

Accordingly, AES is DIRECTED to produce documents (including attachments) for the following Group numbers, as identified in the log (Dkt. No. 273-1): 1, 25, 50, 75, 76, 99, 100, 116, 117, 125, 150, 165, 169, 175, 200, 205, 206, 225, 226, 234, 245, 247, 248, 250, 275, 300, 325, 350, 375, 400, 411, 412, 425. These documents must be provided to the Court no later than August 20, 2024, and may be e-mailed at the following address: CoughenourOrders@

wawd.uscourts.gov, or, if too voluminous, can be delivered by physical media (*i.e.*, CD-ROM or thumb drive) to the Clerk of the Court.

The Clerk is DIRECTED to renote the motion to compel (Dkt. No. 265) to August 20, 2024.

DATED this 13th day of August 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
