THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent PANASONIC AVIONICS CORPORATION, for Use in Foreign Proceedings, with ASTRONICS ADVANCED ELECTRONIC SYSTEMS CORP. as Intervenor. | CASE NO. C17-1453-JCC<br><br>ORDER |

This matter comes before the Court on Astronics Advanced Electronic Systems Corp.'s ("AES") submission for *in camera* review of a sample of documents supporting the privilege log (Dkt. No. 273-1) provided to Lufthansa Technik AG ("Lufthansa"), at issue presently before the Court. (*See* Dkt. No. 265) (motion to enforce and compel production); (*see also* Dkt. No. 293) (minute order directing AES to provide the Court with a sample of documents withheld in accordance with its privilege log).

Based on the Court's *in camera* review, it largely concurs with AES's invocations as to the selected items. (*See* Dkt. No. 293.) The e-mails at issue, *along with* the attachments, are generally subject to the attorney-client privilege, work-product protections, or both. Given AES's general compliance with privilege rules, the Court sees no basis for *in camera* review of the entirety of AES's log (Dkt. No. 273-1). That being said, the Court did find, in a few instances, no basis to withhold from production certain e-mail attachments. These are documents identified as

numbers 360, 361, 654, 951, and 1146 (associated with privilege log group numbers 125, 225, 350 and 425). These documents have no direct bearing on the privilege or protection appropriately invoked in the associated e-mail.

Accordingly, AES is ORDERED to (a) produce these **and similar documents**, even if attached to otherwise-privileged communications, and (b) revise its privilege log for this production, within 14 days (and to notify the Court once that production is made). The Court STAYS further consideration of Lufthansa's motion to compel and enforce (Dkt. No. 265) until 7 days following this production, to afford Lufthansa an opportunity to revise and reconsider this portion of its motion.

The Clerk is DIRECTED to renote Lufthansa's motion to compel and enforce (Dkt. No. 265), along with the companion motion to seal (Dkt. No. 264) to September 13, 2024.

DATED this 23rd day of August 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE