The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings. | No. 2:17-cv-1453-JCC<br><br>**[PROPOSED] ORDER GRANTING LUFTHANSA'S UNOPPOSED MOTION TO SEAL LUFTHANSA'S RESPONSE TO COURT'S AUGUST 23, 2024 ORDER REGARDING AES'S DOCUMENT PRODUCTION**<br><br>NOTE ON MOTION CALENDAR: September 13, 2024 |

This matter comes before the Court on Lufthansa's Motion to Seal. Having considered the parties' briefing, the Court hereby grants the Motion. Lufthansa's Response to the Court's August 23, 2024 Order regarding AES's Document Production on Lufthansa's Motion to Enforce Order Compelling Production shall remain under seal.

[PROPOSED] ORDER GRANTING LUFTHANSA'S UNOPPOSED MOTION TO SEAL
(No. 2:17-cv-1453-JCC)
**Error! Unknown document property name.**

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Dated this 13th day of September 2024.

_____
The Honorable John C. Coughenour
United States District Judge

Presented by:

BYRNES KELLER CROMWELL LLP

By: ___/s/Keith D. Petrak_____
Bradley S. Keller, WSBA #10665
Keith D. Petrak, WSBA #19159
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
206-622-2522
bkeller@byrneskeller.com
kpetrak@byrneskeller.com

___/s/ Lawrence D. Rosenberg_____
Lawrence D. Rosenberg (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: (202) 879-3939
Fax: (202) 626-1700

**Counsel for Petitioner**
**Lufthansa Technik AG**

[PROPOSED] ORDER GRANTING LUFTHANSA'S
UNOPPOSED MOTION TO SEAL
(No. 2:17-cv-1453-JCC)
**Error! Unknown document property name.**