THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings | CASE NO. C17-1453-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Lufthansa's response to the Court's August 23 order (Dkt. No. 297). Astronics Advanced Electronic Systems' may file a reply to this response, not to exceed four pages (excluding captions and certificates), no later than September 20, 2024. The Clerk is DIRECTED to renote the outstanding motion(s) to seal and to enforce (Dkt. Nos. 264, 265) to this date.

DATED this 13th day of September 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C17-1453-JCC
PAGE - 1