THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. Section 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings | CASE NO. C17-1453-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This case, assigned to a petition for discovery pursuant to 28 U.S.C. § 1782, has been open for over seven years. (*See* Dkt. No. 1) (original petition). In April 2021, the Court ordered Petitioner Lufthansa Technik AG to show cause why the case should not be closed, except for the limited purpose of enforcing outstanding protective orders. (*See* Dkt. No. 114 at 2.) In response, Lufthansa did not oppose closing the case as to Respondent Panasonic Avionics Corporation, but Lufthansa argued the case should remain open as to Intervenor Astronics Advanced Electronic Systems ("AES"), as document production was ongoing. (*See* Dkt. No. 115 at 3–4.) Based on this, the Court allowed the matter to remain open. (*See* Dkt. No. 151.) Since then, a number of discovery disputes arose, requiring Court

involvement. (*See, e.g.*, Dkt. Nos. 152, 172, 224, 254.) However, given the most recent order to compel and enforce (Dkt. No. 303), the Court surmises that AES's document production has likely ceased.

Accordingly, Lufthansa is again ordered to show cause why this matter should not be closed, other than for the limited purpose of enforcing previously issued protective orders. Lufthansa's response,[1] not to exceed six (6) pages, is due March 19, 2025. Any objection from AES, also limited to six (6) pages, is due March 26, 2025.

DATED this 12th day of March 2025.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk

---

[1] In the Court's view, the pendency of additional foreign proceedings (including appeals) does not, alone, support keeping this matter open. If Lufthansa requires additional discovery in this District to support such proceedings, it may file a new § 1782 petition for the discovery sought.