THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. Section 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings | CASE NO. C17-1453-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On March 12, 2025, the Court ordered Petitioner Lufthansa Technik AG to show cause why the case should not be closed, except for the limited purpose of enforcing outstanding protective orders. (*See* Dkt. No. 304.) Based on Lufthansa's and Intervenor Astronics Advanced Electronic Systems' responses (Dkt. Nos. 305, 306), the Court finds no basis to continue to keep the current matter open following the close out deposition, presently scheduled for June 4, 2025. (*See* Dkt. No. 306 at 2.) Accordingly, the parties are DIRECTED to file a joint status report once that deposition is complete.

//

//

MINUTE ORDER
C17-1453-JCC
PAGE - 1

DATED this 27th day of March 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk