The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Panasonic Avionics Corporation for Use in Foreign Proceedings with Astronics Advanced Electronic Systems as Intervenor. | No. C17-01453-JCC<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR AES'S MOTION FOR PROTECTIVE ORDER RE CLOSE-OUT DEPOSITION<br><br>CLERK'S ACTION REQUIRED<br><br>NOTE ON MOTION CALENDAR: May 29, 2025 |

## STIPULATION

The Parties, by and through their undersigned counsel of record, stipulate and agree as follows:

1. On March 25, 2025, the Court found "no basis to continue to keep the current matter open following the close out deposition" and directed the parties "to file a joint status report once that deposition is complete." Dkt. 307.

2. On May 21, 2025, Astronics Advanced Electronic Systems ("AES") filed a Motion for Protective Order re Close-Out Deposition (the "Motion"), noting it for consideration on June 4, 2025, pursuant to LCR 7(d)(2). Dkt. 308. Lufthansa Technik's ("LHT") response to the Motion is currently due May 30, 2025, and AES's reply is due June 4, 2025. *See* LCR 7(d)(2).

STIPULATED MOTION AND ORDER RE: BRIEFING SCHEDULE FOR AES'S MOTION FOR PROTECTIVE ORDER (No. C17-01453-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3. The Parties have met and conferred since AES filed the Motion and are working to limit the issues (if any) remaining for the Court to resolve. To that end, the Parties have agreed to re-note the Motion to June 13, 2025, and to extend the briefing schedule for the Motion (with the Court's consent) as follows: LHT's deadline to respond to the Motion is extended to June 6, 2025, and AES's deadline to file a reply to the Motion is extended to June 13, 2025.

So stipulated this 29th day of May, 2025.

By  s/ Bradley S. Keller
   Bradley S. Keller, WSBA #10665
   Keith D. Petrak, WSBA #19159
   BYRNES KELLER CROMWELL LLP
   1000 Second Avenue, 38th Floor
   Seattle, WA  98104
   Telephone: (206) 622-2000
   Telephone: (206) 622-2522
   Email: bkeller@byrneskeller.com
   Email: kpetrak@byrneskeller.com

By  s/ Lawrence D. Rosenberg
   Lawrence D. Rosenberg, *pro hac vice*
   JONES DAY
   51 Louisiana Avenue, N.W.
   Washington, D.C. 20001-2113
   Telephone: (202) 879-3939
   Email: ldrosenberg@jonesday.com

*Attorneys for Lufthansa Technik AG*

By  s/ John Goldmark
   John Goldmark, WSBA #26369
   DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone: (206) 757-8034
   Email: johngoldmark@dwt.com

By  s/ James Bick
   James H. Bicks, *pro hac vice*
   Robert S. Hoff, *pro hac vice*
   WIGGIN AND DANA LLP
   Two Stamford Plaza, Tresser Blvd.
   Stamford, CT 06901
   Telephone: (203) 363-7622
   Email: jbicks@wiggin.com
   Email: rhoff@wiggin.com

By  s/ David Norman-Schiff
   David Norman-Schiff, *pro hac vice*
   WIGGIN AND DANA LLP
   265 Church Street
   New Haven, CT 06510
   Telephone: (203) 498-4360
   Email: dnorman-schiff@wiggin.com

*Attorneys for Astronics Advances Electronic Systems Corp.*

STIPULATED MOTION AND ORDER RE: BRIEFING SCHEDULE FOR AES'S MOTION FOR PROTECTIVE ORDER (No. C17-01453-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, the Clerk is directed to re-note AES's Motion for Protective Order re Close-Out Deposition (Dkt. 308) ("Motion") for consideration on June 13, 2025. LHT's opposition to the Motion is due June 6, 2025, and AES's reply is due June 13, 2025.

It is so ordered.

DATED this 30th day of May 2025.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE: BRIEFING SCHEDULE FOR
AES'S MOTION FOR PROTECTIVE ORDER (No. C17-01453-JCC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax