THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent PANASONIC AVIONICS CORPORATION, for Use in Foreign Proceedings, with ASTRONICS ADVANCED ELECTRONIC SYSTEMS as Intervenor. | CASE NO. C17-1453-JCC<br><br>ORDER |

Based on the parties' most recent status reports (Dkt. Nos. 313, 315), the Court finds Lufthansa Technik AG's petition for discovery in this matter satisfied. As such, the Clerk is DIRECTED to close this case. Should additional discovery be necessary, Lufthansa shall file a new petition in support of its request.

DATED this 8th day of September 2025.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1453-JCC
PAGE - 1